# Exhibit 2

| US11657896 | L'Oréal Cell BioPrint ("The accused product") |
|---|---|
| 1. A method for recommending beauty products for a subject, comprising: using a genetic analyzer to generate subject genetic information;<br><br>**Col 32: lines 42-49**<br><br>*The information may include specific actions to be taken based on the biomarker information.* Pharmacogenomic information can appear in different sections of the labeling depending on the actions. Biomarkers in the table include but are not limited to | The accused product discloses a method for recommending beauty products (e.g., recommending skin care products, etc.) for a subject (e.g., a patient), that comprises using a genetic analyzer (e.g., proteomic analyzer) to generate subject (e.g., a patient) genetic information (e.g., skin related genes, etc.).<br><br>As shown below, the accused product is a device that analyses a small skin sample of a patient (e.g., a subject) and measures protein biomarkers from the sample. These proteins indicate how the person's genes are being expressed in their skin cells. Since proteins are produced based on genetic instructions, measuring them provides biologically derived genetic information. This information is then used to personalize skincare recommendations for aging concerns, etc. |

| | |
|---|---|
| *germ-line or somatic gene variants, functional deficiencies, expression changes, and chromosomal abnormalities; <u>selected protein biomarkers that are used to select patients for treatment are also included.</u>* |  https://www.loreal.com/en/articles/science-and-technology/cell-bioprint/<br><br>*At CES 2025 in Las Vegas, <u>L'Oréal unveiled Cell BioPrint, a breakthrough skin analysis technology</u> developed in partnership with Korean startup NanoEnTek.*<br><br>*<u>This cutting-edge innovation provides a comprehensive and personalized skin diagnosis in just five minutes, ushering in a new era in cosmetic skin care.</u>*<br><br>https://www.loreal.com/en/articles/science-and-technology/cell-bioprint/ |

## A Breakthrough in Skin Diagnostics

Cell BioPrint provides a rapid and accurate analysis of the biological age of the skin. The technology examines proteins present in skin cells and their impact on aging. The diagnostic process is simple: an adhesive patch is applied to the cheek, then immersed in a special solution before being placed in the Cell BioPrint device for analysis.

During the analysis, a complementary tool, Skin Connect, captures multiple images of the face while a short questionnaire gathers insights into the user's skin care concerns. This combination of data provides an even more accurate assessment. The entire process, from sample collection to final results, takes just five minutes - a significant leap forward from traditional skin analysis, which can take days or even weeks. Cell BioPrint will be launched in Asia this year under a L'Oréal Groupe brand.

https://www.loreal.com/en/articles/science-and-technology/cell-bioprint/

## A technology that redefines skin care



Cell BioPrint revolutionizes skin care with three key scientific advancements in skin diagnostics. First, the device determines the skin's biological age – its "real" age – by analyzing its composition. This insight helps understand how skin ages and enables personalized skincare routines that effectively slow the signs of aging.

Second, the technology predicts how an individual's skin will respond to key ingredients, such as retinol. This breakthrough allows users to select the most appropriate skincare products for their specific skin needs.

Finally, Cell BioPrint shifts skin care from a reactive to a proactive approach. Instead of treating skin problems after they occur, the device anticipates them. For example, it can predict the likelihood of pigmentation spots forming before they become visible, enabling preventive interventions.

https://www.loreal.com/en/articles/science-and-technology/cell-bioprint/

These three innovations respond to strong consumer demand for personalized skin care. According to a study conducted by OnePoll and Cerave, 80% of skin care users try multiple products before finding the right one. Cell BioPrint offers a scientific and personalized alternative to this trial-and-error approach.

The launch of Cell BioPrint marks a turning point for the cosmetics industry - personalized skincare is no longer a trend, but a scientific reality. More than just a technological innovation, it reflects L'Oréal's commitment to pushing the boundaries of science in the service of beauty. The future of skincare will be more personalized and precise, empowering individuals to achieve their best skin with data-driven recommendations.

https://www.loreal.com/en/articles/science-and-technology/cell-bioprint/

# L'Oréal Groupe Unveils L'Oréal Cell BioPrint, a Revolution in Consumer Skin Intelligence Rooted in the Field of Longevity Science, at CES 2025

**PR_L'Oréal Groupe Unveils L'Oréal Cell BioPrint at CES 2025**
04 January 2025 - PDF 150.57 KB

*Portable lab-on-a-chip device uses cutting-edge science to enable consumers to understand their skin's aging trajectory and gain insights into the skincare that works best for their needs*

https://www.loreal-finance.com/eng/news-event/loreal-groupe-unveils-loreal-cell-bioprint-revolution-consumer-skin-intelligence-rooted

LAS VEGAS, January 6, 2025 – Today at CES® 2025, L'Oréal Groupe unveiled L'Oréal Cell BioPrint, a tabletop hardware device that provides personalized skin analysis in just five minutes, using advanced proteomics – the study of how protein composition in the human body affects skin aging.

L'Oréal Cell BioPrint is made possible by L'Oréal's Longevity Integrative Scienceä, a groundbreaking approach that reveals how mechanisms in the human body can affect skin's appearance, and through an exclusive partnership with Korean startup NanoEnTek. L'Oréal Cell BioPrint produces a personalized skin assessment in minutes including:

- Skin's Biological Age: How fast is skin aging? L'Oréal Cell BioPrint can calculate skin's age and provide personalized advice on how to slow down the appearance of aging.

- Ingredient Responsiveness: Will certain active ingredients work on one's skin? L'Oréal Cell BioPrint minimizes guesswork by helping to predict responsiveness to certain key ingredients such as retinol.

- Shifting from Reactive to Proactive Skincare: Is one's skin prone to dark spots or enlarged pores? L'Oréal Cell BioPrint can help predict potential cosmetic issues before they become visible, enabling users to take proactive steps to help protect the beauty of their skin.

https://www.loreal-finance.com/eng/news-event/loreal-groupe-unveils-loreal-cell-bioprint-revolution-consumer-skin-intelligence-rooted

"At L'Oréal, we're always looking toward the future of beauty, blending cutting-edge discoveries with our long-standing beauty expertise. With skin being the largest organ, and a key part of people's wellbeing, we are thrilled to unveil Cell BioPrint, an exclusive microfluidic lab-on-a-chip technology coupled with our century-long skin science leadership. With the Cell BioPrint device, we offer people the ability to discover deeper insights about their skin through specific biomarkers and to proactively address the beauty and longevity of their skin." said **Barbara Lavernos, Deputy CEO in charge of Research, Innovation and Technology at L'Oréal Groupe.**

https://www.loreal-finance.com/eng/news-event/loreal-groupe-unveils-loreal-cell-bioprint-revolution-consumer-skin-intelligence-rooted

# How do genes direct the production of proteins?

Most genes contain the information needed to make functional molecules called proteins. (A few genes produce regulatory molecules that help the cell assemble proteins.) The journey from gene to protein is complex and tightly controlled within each cell. It consists of two major steps: transcription and translation. Together, transcription and translation are known as gene expression.

https://medlineplus.gov/genetics/understanding/howgeneswork/makingprotein/

During the process of transcription, the information stored in a gene's DNA is passed to a similar molecule called RNA (ribonucleic acid) in the cell nucleus. Both RNA and DNA are made up of a chain of building blocks called nucleotides, but they have slightly different chemical properties. The type of RNA that contains the information for making a protein is called messenger RNA (mRNA) because it carries the information, or message, from the DNA out of the nucleus into the cytoplasm.

Translation, the second step in getting from a gene to a protein, takes place in the cytoplasm. The mRNA interacts with a specialized complex called a ribosome, which "reads" the sequence of mRNA nucleotides. Each sequence of three nucleotides, called a codon, usually codes for one particular amino acid. (Amino acids are the building blocks of proteins.) A type of RNA called transfer RNA (tRNA) assembles the protein, one amino acid at a time. Protein assembly continues until the ribosome encounters a "stop" codon (a sequence of three nucleotides that does not code for an amino acid).

The flow of information from DNA to RNA to proteins is one of the fundamental principles of molecular biology. It is so important that it is sometimes called the "central dogma."

https://medlineplus.gov/genetics/understanding/howgeneswork/makingprotein/

Through the processes of transcription and translation, information from genes is used to make proteins.



https://medlineplus.gov/genetics/understanding/howgeneswork/makingprotein/

## Why Your Skin's Story Is Written in DNA

Skin is more than just a surface—it's the largest organ in the human body and a dynamic shield against the elements. But its appearance and resilience are also deeply tied to your DNA. Genes influence how your skin produces collagen, responds to environmental stress, and ages over time. That's why two people with the same skin tone may still age differently or respond uniquely to the same skincare product. It's not just what you see—it's what you're made of (2).

https://dromicslabs.com/understanding-the-genetics-of-skin-health-and-aging/

## Why Genetics Matter for Skin Health

Genetics influence nearly every aspect of your skin, from its color and texture to how it ages and responds to environmental factors. Your genes provide the blueprint for how your skin functions and reacts, determining whether you're prone to conditions like acne, eczema, or premature wrinkles.

But what exactly are genes, and how do they impact your skin? Your genes are segments of DNA that carry the instructions for making proteins, which perform most of the functions in your body, including maintaining skin health. Variations in these genes, known as **single nucleotide polymorphisms (SNPs)**, can significantly affect how your skin behaves.

https://digbihealth.com/blogs/science-talk/the-hidden-blueprint-how-genetics-shapes-your-skin-health



https://www.loreal.com/en/articles/science-and-technology/cell-bioprint/



https://www.loreal.com/en/articles/science-and-technology/cell-bioprint/



https://www.loreal.com/en/articles/science-and-technology/cell-bioprint/



https://www.youtube.com/watch?v=k-kiD0gIRN0

As shown below, the accused product recommends beauty products to the patient based on the proteomic analysis.



**L'Oréal's Cell BioPrint Identifies Products That Work With Your Skin**

https://www.youtube.com/watch?v=k-kiD0gIRN0

| | |
|---|---|
| aggregating genetic information and | The accused product discloses aggregating genetic information (e.g., protein biomarkers, etc.) and cosmetic product response (e.g., skin concern questionnaire) from the subject (e.g., a patient). |

| | |
|---|---|
| cosmetic product response from the subject; | As shown below, the patient provides a skin sample for protein biomarker analysis, which indicates gene-related biological activity. During the analysis, the patient also completes a questionnaire about skin concerns and aging. These responses represent subjective cosmetic product response information. The system aggregates the biological data and questionnaire inputs to generate personalized skincare recommendations.<br><br> |

https://www.youtube.com/watch?v=k-kiD0gIRN0

# A Breakthrough in Skin Diagnostics

Cell BioPrint provides a rapid and accurate analysis of the biological age of the skin. The technology examines proteins present in skin cells and their impact on aging. The diagnostic process is simple: an adhesive patch is applied to the cheek, then immersed in a special solution before being placed in the Cell BioPrint device for analysis.

During the analysis, a complementary tool, Skin Connect, captures multiple images of the face while a short questionnaire gathers insights into the user's skin care concerns. This combination of data provides an even more accurate assessment. The entire process, from sample collection to final results, takes just five minutes - a significant leap forward from traditional skin analysis, which can take days or even weeks. Cell BioPrint will be launched in Asia this year under a L'Oréal Groupe brand.

https://www.loreal.com/en/articles/science-and-technology/cell-bioprint/

**Using Advanced Biomarker Research to Pinpoint Beauty Accuracy**

The advanced science in L'Oréal Cell BioPrint is now being applied to skin intelligence thanks to decades of knowledge-building and innovation by L'Oréal's Advanced Research team, which identified for the first time, unique biomarkers in the skin that can indicate key components of healthy-looking skin and longevity[3].

The L'Oréal Cell BioPrint device also features NanoEntek's exclusive microfluidic lab-on-a-chip technology, which leverages some of NanoEnTek's 100+ patents to measure the presence of L'Oréal's groundbreaking protein biomarkers in five minutes. It works through a simple, non-invasive process comprised of the following steps:

1. Put a facial tape strip on one's cheek, then place into buffer solution.

2. Load the solution into the L'Oréal Cell BioPrint cartridge and insert it into the machine for analysis.

3. While L'Oréal Cell BioPrint processes the sample, the Skin Connect device takes several images of one's face and a short questionnaire about skin concerns and aging is completed.

https://www.loreal-finance.com/eng/news-event/loreal-groupe-unveils-loreal-cell-bioprint-revolution-consumer-skin-intelligence-rooted

LAS VEGAS, January 6, 2025 – Today at CES® 2025, L'Oréal Groupe unveiled L'Oréal Cell BioPrint, a tabletop hardware device that provides personalized skin analysis in just five minutes, using advanced proteomics – the study of how protein composition in the human body affects skin aging.

L'Oréal Cell BioPrint is made possible by L'Oréal's Longevity Integrative Scienceä, a groundbreaking approach that reveals how mechanisms in the human body can affect skin's appearance, and through an exclusive partnership with Korean startup NanoEnTek. L'Oréal Cell BioPrint produces a personalized skin assessment in minutes including:

https://www.loreal-finance.com/eng/news-event/loreal-groupe-unveils-loreal-cell-bioprint-revolution-consumer-skin-intelligence-rooted

## How do genes direct the production of proteins?

Most genes contain the information needed to make functional molecules called proteins. (A few genes produce regulatory molecules that help the cell assemble proteins.) The journey from gene to protein is complex and tightly controlled within each cell. It consists of two major steps: transcription and translation. Together, transcription and translation are known as gene expression.

https://medlineplus.gov/genetics/understanding/howgeneswork/makingprotein/

During the process of transcription, the information stored in a gene's DNA is passed to a similar molecule called RNA (ribonucleic acid) in the cell nucleus. Both RNA and DNA are made up of a chain of building blocks called nucleotides, but they have slightly different chemical properties. The type of RNA that contains the information for making a protein is called messenger RNA (mRNA) because it carries the information, or message, from the DNA out of the nucleus into the cytoplasm.

Translation, the second step in getting from a gene to a protein, takes place in the cytoplasm. The mRNA interacts with a specialized complex called a ribosome, which "reads" the sequence of mRNA nucleotides. Each sequence of three nucleotides, called a codon, usually codes for one particular amino acid. (Amino acids are the building blocks of proteins.) A type of RNA called transfer RNA (tRNA) assembles the protein, one amino acid at a time. Protein assembly continues until the ribosome encounters a "stop" codon (a sequence of three nucleotides that does not code for an amino acid).

The flow of information from DNA to RNA to proteins is one of the fundamental principles of molecular biology. It is so important that it is sometimes called the "central dogma."

https://medlineplus.gov/genetics/understanding/howgeneswork/makingprotein/

Through the processes of transcription and translation, information from genes is
used to make proteins.



https://medlineplus.gov/genetics/understanding/howgeneswork/makingprotein/

## Why Your Skin's Story Is Written in DNA

Skin is more than just a surface—it's the largest organ in the human body and a dynamic shield against the elements. But its appearance and resilience are also deeply tied to your DNA. Genes influence how your skin produces collagen, responds to environmental stress, and ages over time. That's why two people with the same skin tone may still age differently or respond uniquely to the same skincare product. It's not just what you see—it's what you're made of (2).

https://dromicslabs.com/understanding-the-genetics-of-skin-health-and-aging/

## Why Genetics Matter for Skin Health

Genetics influence nearly every aspect of your skin, from its color and texture to how it ages and responds to environmental factors. Your genes provide the blueprint for how your skin functions and reacts, determining whether you're prone to conditions like acne, eczema, or premature wrinkles.

But what exactly are genes, and how do they impact your skin? Your genes are segments of DNA that carry the instructions for making proteins, which perform most of the functions in your body, including maintaining skin health. Variations in these genes, known as **single nucleotide polymorphisms (SNPs)**, can significantly affect how your skin behaves.

https://digbihealth.com/blogs/science-talk/the-hidden-blueprint-how-genetics-shapes-your-skin-health

| learning with a computer to generate at least one computer implemented classifier including an input layer, a pooling layer, and a connected layer that predicts | The accused product discloses learning with a computer (e.g., a processor of the accused product) to generate at least one computer implemented classifier (e.g., AI model) including an input layer, a pooling layer, and a connected layer that predicts matching beauty products (e.g., recommending skincare products) based on the genetic information (e.g., protein biomarkers, etc.), beauty trend data (e.g., trending skincare products, etc.), and cosmetic product response (e.g., skin concerns).

As shown below, the accused product uses a neural network model to make predictions. The input layer receives the raw data, such as protein biomarker values, questionnaire responses, and trend data. The pooling layer identifies the important features from this data while the |

| matching beauty products based on the genetic information, beauty trend data, and cosmetic product response; and | connected layer then analyzes these features for prediction. Based on this processing, the model predicts which beauty products best match the patient's biological profile and cosmetic needs.  https://www.youtube.com/watch?v=k-kiD0gIRN0 |

## A Breakthrough in Skin Diagnostics

Cell BioPrint provides a rapid and accurate analysis of the biological age of the skin. The technology examines proteins present in skin cells and their impact on aging. The diagnostic process is simple: an adhesive patch is applied to the cheek, then immersed in a special solution before being placed in the Cell BioPrint device for analysis.

During the analysis, a complementary tool, Skin Connect, captures multiple images of the face while a short questionnaire gathers insights into the user's skin care concerns. This combination of data provides an even more accurate assessment. The entire process, from sample collection to final results, takes just five minutes - a significant leap forward from traditional skin analysis, which can take days or even weeks. Cell BioPrint will be launched in Asia this year under a L'Oréal Groupe brand.

https://www.loreal.com/en/articles/science-and-technology/cell-bioprint/

**Using Advanced Biomarker Research to Pinpoint Beauty Accuracy**

The advanced science in L'Oréal Cell BioPrint is now being applied to skin intelligence thanks to decades of knowledge-building and innovation by L'Oréal's Advanced Research team, which identified for the first time, unique biomarkers in the skin that can indicate key components of healthy-looking skin and longevity[3].

The L'Oréal Cell BioPrint device also features NanoEntek's exclusive microfluidic lab-on-a-chip technology, which leverages some of NanoEnTek's 100+ patents to measure the presence of L'Oréal's groundbreaking protein biomarkers in five minutes. It works through a simple, non-invasive process comprised of the following steps:

1. Put a facial tape strip on one's cheek, then place into buffer solution.

2. Load the solution into the L'Oréal Cell BioPrint cartridge and insert it into the machine for analysis.

3. While L'Oréal Cell BioPrint processes the sample, the Skin Connect device takes several images of one's face and a short questionnaire about skin concerns and aging is completed.

https://www.loreal-finance.com/eng/news-event/loreal-groupe-unveils-loreal-cell-bioprint-revolution-consumer-skin-intelligence-rooted

LAS VEGAS, January 6, 2025 – Today at CES® 2025, L'Oréal Groupe unveiled L'Oréal Cell BioPrint, a tabletop hardware device that provides personalized skin analysis in just five minutes, using advanced proteomics – the study of how protein composition in the human body affects skin aging.

L'Oréal Cell BioPrint is made possible by L'Oréal's Longevity Integrative Scienceä, a groundbreaking approach that reveals how mechanisms in the human body can affect skin's appearance, and through an exclusive partnership with Korean startup NanoEnTek. L'Oréal Cell BioPrint produces a personalized skin assessment in minutes including:

https://www.loreal-finance.com/eng/news-event/loreal-groupe-unveils-loreal-cell-bioprint-revolution-consumer-skin-intelligence-rooted

L'Oréal's integrative approach to beauty longevity is founded on three pillars:

**L'Oréal Longevity Integrative Science™** explores how cellular activity, communication, and inflammation impact skin aging, and targets the root causes of biological aging through a multi-faceted approach for extending skin cellular health span.

After 15 years of advanced research on longevity and over 40 publications, L'Oréal has created the "Wheel of Longevity for Beauty" to decode skin aging at the cellular, molecular and tissular levels, unlocking secrets of the nine interconnected hallmarks of aging using our proprietary Longevity AI Cloud™.

The unique Longevity AI Cloud™ analyzes over 260 skin longevity biomarkers, revealing the intricate mechanisms influencing skin vitality and youthfulness, even detecting infinitely small, invisible changes. This comprehensive bio-mapping of skin and hair longevity pathways is a first in the beauty industry, stemming from computational biology.

https://www.loreal.com/en/press-release/group/beauty-at-the-heart-of-longevity-loreal-groupe/

**The L'Oréal Longevity Integrative Solutions** including state-of-the-art diagnostics and highly performant products formulated with exclusive combinations of actives, are giving consumers more choice and more control over their longevity journey.

With Advanced diagnostic tools

Cell BioPrint: Co-developed with NanoEntek, Cell BioPrint uses lab-on-a-chip technology to measure longevity biomarkers under the skin in less than five minutes. This knowledge will empower consumers to take charge of their skin health and influence their personal skin aging trajectory.

https://www.loreal.com/en/press-release/group/beauty-at-the-heart-of-longevity-loreal-groupe/

**New Frontiers of Longevity**

- **_NEW_L'Oréal Longevity Integrative Science**™combines technology advances and skin expertise to move from corrective care to preventive care by targeting the root causes of biological aging and extending the skin's cellular health span. L'Oréal's Wheel of Longevity decodes skin biological aging and unlocks the secrets of nine interconnected hallmarks of aging using its proprietary Longevity AI Cloud™.

https://www.loreal-finance.com/eng/news-event/loreal-unleashes-science-technology-and-creativity-forge-new-beauty-frontiers-viva



The architecture of a simple CNN model

https://surendrallam.medium.com/understanding-the-layers-of-convolutional-neural-networks-cnns-0aed567a7ca5

**Input Layer:**

The input layer is where we provide input to the CNN model, in general, the CNN model will be provided with an image or series of images. Also, we tend to provide the dimensions or the size of the input image. E.g. If we are providing an RGB image of size 224x224, then the dimensions of the input layer are 224x224x3, 3 signifying the no. of channels of the RGB image.

https://surendrallam.medium.com/understanding-the-layers-of-convolutional-neural-networks-cnns-0aed567a7ca5

**Pooling Layer:**

Reduces spatial dimensions, and down-sampling feature maps.

- **Spatial Reduction:** Pooling layers shrink the spatial dimensions (width and height) of feature maps.

- **Feature Consolidation** They consolidate the features learned by CNNs.

- **Parameter Reduction:** By reducing spatial dimensions, pooling minimizes the number of parameters and computations in the network.

https://surendrallam.medium.com/understanding-the-layers-of-convolutional-neural-

networks-cnns-0aed567a7ca5

## Fully Connected layer:

- Also known as a **dense layer**, is a type of neural network layer where every neuron in the layer is connected to every neuron in the previous and subsequent layers.

- The term "fully connected" refers to the dense interconnectivity between neurons within this layer.

https://surendrallam.medium.com/understanding-the-layers-of-convolutional-neural-networks-cnns-0aed567a7ca5

**Key Components of a Fully Connected Layer:**

- **Neurons:** These are the basic units within the fully connected layer. Each neuron receives inputs from all neurons in the previous layer and sends outputs to all neurons in the subsequent layer.

- **Weights and Biases:** The fully connected layer consists of learnable weights and biases associated with each neuron. These parameters are adjusted during training to optimize the network's performance.

- **Activation Function:** Typically, an activation function (such as ReLU, sigmoid, or tanh) is applied to the weighted sum of inputs to introduce non-linearity.

https://surendrallam.medium.com/understanding-the-layers-of-convolutional-neural-networks-cnns-0aed567a7ca5

**Role of Fully Connected Layers in CNNs:**

- Fully connected layers are usually placed before the output layer in a CNN architecture.

- They serve as a bridge between the convolutional and pooling layers (which extract features) and the final classification or regression layer.

- These layers learn complex combinations of features from the extracted representations and make predictions based on them.

https://surendrallam.medium.com/understanding-the-layers-of-convolutional-neural-networks-cnns-0aed567a7ca5



https://www.youtube.com/watch?v=k-kiD0gIRN0



skin so the proteins have the secrets exactly

https://www.youtube.com/watch?v=k-kiD0gIRN0



https://www.youtube.com/watch?v=k-kiD0gIRN0



https://www.loreal.com/en/articles/science-and-technology/cell-bioprint/



**L'Oréal's Cell BioPrint Identifies Products That Work With Your Skin**

https://www.youtube.com/watch?v=k-kiD0gIRN0

<table>
<tr><td></td><td>

**WHAT IS PERSONAL DATA?**

"Personal data" means any information or pieces of information that could identify you either directly (e.g. your name) or indirectly (e.g. through pseudonymised data, such as a unique ID number). This means that personal data includes things like email/home addresses, usernames, profile pictures, personal preferences and shopping habits, user generated content, financial information, and health information. It could also include unique numerical identifiers like your computer's IP address or your mobile device's MAC address, as well as cookies.

This Privacy Policy covers all personal data about you that is collected and used by L'Oréal.

https://www.loreal.com/-/media/project/loreal/brand-sites/corp/master/lcorp/documents-media/publications/privacy-policyb2b-en.pdf

</td></tr>
<tr><td>

recommending one or more beauty products for the subject to apply and treat a cosmetic condition based on a genetic match.

Col 17: lines 47-53

*For example, in certain embodiments, improving skin quality can include reduction in roughness,*

</td><td>

The accused product discloses recommending one or more beauty products (e.g., recommending skincare products) for the subject (e.g., a patient) to apply and treat a cosmetic condition (e.g., aging) based on a genetic match (e.g., a proteomic analysis match).

As shown below, the accused product analyzes protein biomarkers from the patient's skin to determine biological processes related to aging and skin function. Based on this, the system identifies which concerns are more likely to develop or are already present. It then recommends suitable beauty products to improve aging (e.g., a cosmetic condition).

## A Breakthrough in Skin Diagnostics

Cell BioPrint provides a rapid and accurate analysis of the biological age of the skin. The technology examines proteins present in skin cells and their impact on aging. The diagnostic process is simple: an adhesive patch is applied to the cheek, then immersed in a special solution before being placed in the Cell BioPrint device for analysis.

During the analysis, a complementary tool, Skin Connect, captures multiple images of the face while a short questionnaire gathers insights into the user's skin care concerns. This combination of data provides an even more accurate assessment. The entire process, from sample collection to final results, takes just five minutes - a significant leap forward from traditional skin analysis, which can take days or even weeks. Cell BioPrint will be launched in Asia this year under a L'Oréal Groupe brand.

https://www.loreal.com/en/articles/science-and-technology/cell-bioprint/

</td></tr>
</table>

| | |
|---|---|
| *dryness, irritation or scaliness. Improving skin quality includes the effacement and improvement of lines and wrinkles, improvement in turgor, and tonicity, with the observed desired effects of lifting and tightening.*<br><br>**Col 17: lines 61-67**<br><br>*These are the same qualities by which the external aspects of appearance (for example, aging of skin) are judged. Improvement in these qualities by the method of treatment and kits* | **Using Advanced Biomarker Research to Pinpoint Beauty Accuracy**<br><br>The advanced science in L'Oréal Cell BioPrint is now being applied to skin intelligence thanks to decades of knowledge-building and innovation by L'Oréal's Advanced Research team, which identified for the first time, unique biomarkers in the skin that can indicate key components of healthy-looking skin and longevity[3].<br><br>The L'Oréal Cell BioPrint device also features NanoEntek's exclusive microfluidic lab-on-a-chip technology, which leverages some of NanoEnTek's 100+ patents to measure the presence of L'Oréal's groundbreaking protein biomarkers in five minutes. It works through a simple, non-invasive process comprised of the following steps:<br><br>1. Put a facial tape strip on one's cheek, then place into buffer solution.<br><br>2. Load the solution into the L'Oréal Cell BioPrint cartridge and insert it into the machine for analysis.<br><br>3. While L'Oréal Cell BioPrint processes the sample, the Skin Connect device takes several images of one's face and a short questionnaire about skin concerns and aging is completed.<br><br>https://www.loreal-finance.com/eng/news-event/loreal-groupe-unveils-loreal-cell-bioprint-revolution-consumer-skin-intelligence-rooted<br><br>LAS VEGAS, January 6, 2025 – Today at CES® 2025, L'Oréal Groupe unveiled L'Oréal Cell BioPrint, a tabletop hardware device that provides personalized skin analysis in just five minutes, using advanced proteomics – the study of how protein composition in the human body affects skin aging.<br><br>L'Oréal Cell BioPrint is made possible by L'Oréal's Longevity Integrative Scienceä, a groundbreaking approach that reveals how mechanisms in the human body can affect skin's appearance, and through an exclusive partnership with Korean startup NanoEnTek. L'Oréal Cell BioPrint produces a personalized skin assessment in minutes including:<br><br>https://www.loreal-finance.com/eng/news-event/loreal-groupe-unveils-loreal-cell-bioprint-revolution-consumer-skin-intelligence-rooted |

| | |
|---|---|
| *disclosed herein result in a benefit based on visual judgment of appearance.* Changing a quality of the skin by the methods disclosed herein lessens the appearance of aging of the skin. | L'Oréal's integrative approach to beauty longevity is founded on three pillars: **L'Oréal Longevity Integrative Science™** explores how cellular activity, communication, and inflammation impact skin aging, and targets the root causes of biological aging through a multi-faceted approach for extending skin cellular health span. After 15 years of advanced research on longevity and over 40 publications, L'Oréal has created the **"Wheel of Longevity for Beauty"** to decode skin aging at the cellular, molecular and tissular levels, unlocking secrets of the nine interconnected hallmarks of aging using our proprietary Longevity AI Cloud™. The unique Longevity AI Cloud™ analyzes over 260 skin longevity biomarkers, revealing the intricate mechanisms influencing skin vitality and youthfulness, even detecting infinitely small, invisible changes. This comprehensive bio-mapping of skin and hair longevity pathways is a first in the beauty industry, stemming from computational biology. https://www.loreal.com/en/press-release/group/beauty-at-the-heart-of-longevity-loreal-groupe/ **The L'Oréal Longevity Integrative Solutions** including state-of-the-art diagnostics and highly performant products formulated with exclusive combinations of actives, are giving consumers more choice and more control over their longevity journey. With Advanced diagnostic tools Cell BioPrint: Co-developed with NanoEntek, Cell BioPrint uses lab-on-a-chip technology to measure longevity biomarkers under the skin in less than five minutes. This knowledge will empower consumers to take charge of their skin health and influence their personal skin aging trajectory. https://www.loreal.com/en/press-release/group/beauty-at-the-heart-of-longevity-loreal-groupe/ **New Frontiers of Longevity** • *NEW* **L'Oréal Longevity Integrative Science**™combines technology advances and skin expertise to move from corrective care to preventive care by targeting the root causes of biological aging and extending the skin's cellular health span. L'Oréal's Wheel of Longevity decodes skin biological aging and unlocks the secrets of nine interconnected hallmarks of aging using its proprietary Longevity AI Cloud™. https://www.loreal-finance.com/eng/news-event/loreal-unleashes-science-technology-and-creativity-forge-new-beauty-frontiers-viva |

# How do genes direct the production of proteins?

Most genes contain the information needed to make functional molecules called proteins. (A few genes produce regulatory molecules that help the cell assemble proteins.) The journey from gene to protein is complex and tightly controlled within each cell. It consists of two major steps: transcription and translation. Together, transcription and translation are known as gene expression.

https://medlineplus.gov/genetics/understanding/howgeneswork/makingprotein/

During the process of transcription, the information stored in a gene's DNA is passed to a similar molecule called RNA (ribonucleic acid) in the cell nucleus. Both RNA and DNA are made up of a chain of building blocks called nucleotides, but they have slightly different chemical properties. The type of RNA that contains the information for making a protein is called messenger RNA (mRNA) because it carries the information, or message, from the DNA out of the nucleus into the cytoplasm.

Translation, the second step in getting from a gene to a protein, takes place in the cytoplasm. The mRNA interacts with a specialized complex called a ribosome, which "reads" the sequence of mRNA nucleotides. Each sequence of three nucleotides, called a codon, usually codes for one particular amino acid. (Amino acids are the building blocks of proteins.) A type of RNA called transfer RNA (tRNA) assembles the protein, one amino acid at a time. Protein assembly continues until the ribosome encounters a "stop" codon (a sequence of three nucleotides that does not code for an amino acid).

The flow of information from DNA to RNA to proteins is one of the fundamental principles of molecular biology. It is so important that it is sometimes called the "central dogma."

https://medlineplus.gov/genetics/understanding/howgeneswork/makingprotein/

Through the processes of transcription and translation, information from genes is used to make proteins.



https://medlineplus.gov/genetics/understanding/howgeneswork/makingprotein/

## Why Your Skin's Story Is Written in DNA

Skin is more than just a surface—it's the largest organ in the human body and a dynamic shield against the elements. But its appearance and resilience are also deeply tied to your DNA. Genes influence how your skin produces collagen, responds to environmental stress, and ages over time. That's why two people with the same skin tone may still age differently or respond uniquely to the same skincare product. It's not just what you see—it's what you're made of (2).

https://dromicslabs.com/understanding-the-genetics-of-skin-health-and-aging/

## Why Genetics Matter for Skin Health

Genetics influence nearly every aspect of your skin, from its color and texture to how it ages and responds to environmental factors. Your genes provide the blueprint for how your skin functions and reacts, determining whether you're prone to conditions like acne, eczema, or premature wrinkles.

But what exactly are genes, and how do they impact your skin? Your genes are segments of DNA that carry the instructions for making proteins, which perform most of the functions in your body, including maintaining skin health. Variations in these genes, known as **single nucleotide polymorphisms (SNPs)**, can significantly affect how your skin behaves.

https://digbihealth.com/blogs/science-talk/the-hidden-blueprint-how-genetics-shapes-your-skin-health



https://www.youtube.com/watch?v=k-kiD0gIRN0



skin so the proteins have the secrets exactly

https://www.youtube.com/watch?v=k-kiD0gIRN0



and then you enter it into this machine
and it will give you the

https://www.youtube.com/watch?v=k-kiD0gIRN0



https://www.loreal.com/en/articles/science-and-technology/cell-bioprint/

As shown below, the accused product recommends beauty products to the patient for future wrinkle concerns based on the proteomic analysis.



**L'Oréal's Cell BioPrint Identifies Products That Work With Your Skin**

https://www.youtube.com/watch?v=k-kiD0gIRN0